```
KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUI ZHENG, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; FRANK D. SICILIANO, Officer-in-Charge, San Jose Sub Office, U.S. Citizenship and Immigration Services; ROBERT MUELLER, Director of Federal Bureau of Investigation, <br><br> Defendants. | No. C 06-2785-JW <br><br> **STIPULATION TO DISMISS ACTION; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action because the defendants have agreed to adjudicate the plaintiff's application for naturalization within 30 days.

Each of the parties shall bear their own costs and fees.

STIPULATION TO DISMISS
C 06-2785-JW                                                    1

Date: September 19, 2006                          Respectfully submitted,

                                                  KEVIN V. RYAN
                                                  United States Attorney


                                                  /s/
                                                  EDWARD A. OLSEN[1]
                                                  Assistant United States Attorney
                                                  Attorneys for Defendants


Date: September 19, 2006                          /s/
                                                  JUSTIN WANG
                                                  Baughman & Wang
                                                  Attorneys for Plaintiff


                                   **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date:  9/19/06                            _____
                                          JAMES WARE
                                          United States District Judge

---

[1] I, Edward A. Olsen, attest that both Justin Wang and I have signed this stipulation.

STIPULATION TO DISMISS
C 06-2785-JW                                      2